## CASE ANNOUNCEMENTS

*October 28, 2008*

[Cite as *10/28/2008 Case Announcements,* 2008-Ohio-5552.]

## MOTION AND PROCEDURAL RULINGS

**2008–1898.   In re Guardianship of Shear.**
Cuyahoga App. No. 91293. On September 25, 2008, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within 14 days of the date of this

entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

# CASE ANNOUNCEMENTS

*October 29, 2008*

[Cite as *10/29/2008 Case Announcements*, 2008-Ohio-5467.]

## MERIT DECISIONS WITHOUT OPINIONS